IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RYAN B. PACKARD, Defendant. | PO-18-05012-BLG-TJC<br>Violation No. F4863925<br>Location Code: M6H<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |
|---|---|

Before the Court is the United States' Motion to Dismiss with Prejudice (Doc. 3), which seeks the dismissal of Violation Notice F4863925. Good cause appearing,

IT IS ORDERED that the United States' motion is **GRANTED**. This matter is dismissed with prejudice as fully adjudicated.

DATED this 16th day of January, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge